Charles S. Haight, Jr.

3